United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. 10-02693

**RODRIGUEZ DIAZ, ALFREDO & TIRADO SOTOMAYOR, MIRIAM**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/12/2010**     ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,300.00 x 36 = $ 46,800.00
$ 1,350.00 x 12 = $ 16,200.00
$ 1,400.00 x 12 = $ 16,800.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 79,800.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 79,800.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,500.00

Signed: **/s/ ALFREDO RODRIGUEZ DIAZ**
Debtor

**/s/ MIRIAM TIRADO SOTOMAYOR**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. **FIRST BANK**   Cr. _____
# **9216**   # **8225**   # _____
$ 11,037.27   $ 22,993.40   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☑ Trustee pays VALUE OF COLLATERAL:
Cr. **BANCO BILBAO VIZ**   Cr. _____   Cr. _____
# **9976**   # _____   # _____
$ 13,843.00   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP. A/C DE RINC**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRST LEASING AN[   BANCO POPULAR D   FIRST BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**     Phone: **(787) 282-9009**

CHAPTER 13 PAYMENT PLAN

IN RE **RODRIGUEZ DIAZ, ALFREDO & TIRADO SOTOMAYOR, MIRIAM**  Case No. _____
                              Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

-ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

- FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

-INSURANCE WILL BE PROVIDED TO SECURED AUTOMOBILE LIENHOLDER BANCO BILBAO VIZCAYA ARGENTARIA THROUGH A TRUSTEE APPROVED INSURER UPON MATURITY DATE OF ORIGINAL CONTRACT, IF NECESSARY, DEBTORS ESTIMATE THAT THIS CLAIM WILL HAVE BEEN PAID IN FULL WITHIN THE FIRST 16 MONTHS OF THE PLAN, BEFORE THE INSURANCE HAS ELAPSED. THIS SECURED CREDITOR WILL BE PAID AHEAD OF OTHER SECURED CREDITORS DUE TO ACCELERATED DEPRECIATION OF COLLATERAL. ADEQUATE PROTECTION PAYMENTS WILL BE PAID TO THIS CREDITOR UPON FILING OF THE ITS CLAIM AND UP TO CONFIRMATION OF THE PLAN IN THE AMOUNT OF $250.00 PER MONTH.

-EXECUTORY CONTRACTS - ASSUMED: FIRST LEASING AND RENTAL

Label Matrix for local noticing
0104-3
Case 10-02693-SEK13
District of Puerto Rico
Old San Juan
Wed Apr 14 09:15:37 AST 2010

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR 00902-4140

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

PR DEPARTMENT OF LABOR
PRUDENCIO RIVERA MARTINEZ BLDG
505 MUNOZ RIVERA AVENUE
12 FLOOR
SAN JUAN, PR 00918

ADALJISA PEREZ ANDREU, ESQ
1357 AVE. ASHFORD PMB 151
SAN JUAN, PR 00907-1400

AT&T MOBILITY
P.O. BOX 15067
SAN JUAN, PR 00902-8567

BANCO BILBAO VIZCAYA
P.O. BOX 364745
SAN JUAN, PR 00936-4745

BANCO POPULAR - MORTGAGE
BANKRUPTCY DIV.
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO SANTANDER DE PR
P.O. BOX 362589
SAN JUAN, PR 00936-2589

CARLOS J. QUILICHIN, ESQ
EDF. ESQUIRE SUITE 300
AVE. PONCE DE LEON ESQ. CALLE VELA
HATO REY, PR 00918

CINGULAR WIRELESS
PO BOX 192830
SAN JUAN, PR 00919-2830

CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC 28272-0919

CLARISA SOLA GOMEZ, ESQ
URB. HYDE PARK
CALLE LAS MARIAS #249
SAN JUAN, PR 00927-4224

COOP. A/C DE RINCON
PO BOX 608
RINCON, PR 00677-0608

EFRAIN LOPEZ SANTIAGO, ESQ
APARTADO 8764
BAYAMON, PR 00960-8764

FIRST BANK
DEPARTAMENTO DE PRESTAMOS DE CONSUMO
P.O. BOX 19327
SAN JUAN, PR 00910-1327

FIRST LEASING
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN, PR 00908-0146

FIRST LEASING AND RENTAL
PO BOX 11852
SAN JUAN, PR 00910-3852

GC SERVICES LIMITED PARTNERSHIP
COLLECTION AGENCY
PO BOX 47525
JACKSONVILLE, FL 32247-7525

HOME DEPOT CREDIT SERVICES
C/O CITI CARDS
PO BOX 689106
DES MOINES, IA 50368-9106

HOME DEPOT CREDIT SERVICES
PO BOX 653000
DALLAS, TX 75265-3000

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA 50364-0500

INTERNAL REVENUE SERVICE
PO BOX 219690
KASNSAS CITY, MO 64121-9690

ISLAND FINANCE
CARR 109 KM 2.5
ANASCO, PR 00610

ISLAND FINANCE
PO BOX 483
ANASCO, PR 00610-0483

MARIA DEL VALLE AMSTRONG ESQ
PO BOX 331429
PONCE, PR 00733-1429

NCO FINANCIAL SYSTEMS
PO BOX 15630
WILMINGTON, DE 19850-5630

NCO FINANCIAL SYSTEMS OF PR
PO BOX 192478
SAN JUAN, PR 00919-2478

| | | |
|---|---|---|
| NCO FINANCIAL SYSTEMS OF PR<br>REXCO INDUSTRIAL PARK<br>300 CALLE C SUITE 200<br>GUAYNABO, PR 00968-8061 | PUERTO RICO LOSS MITIGATION, INC.<br>PO BOX 51938<br>TOA BAJA, PR 00950-1938 | RAUL E. VARENDELA VELAZQUEZ, ESQ<br>PO BOX 194371<br>SAN JUAN, PR 00919-4371 |
| ROGELIO BONET<br>PO BOX 307<br>RINCON, PR 00677-0307 | SEARS<br>CARD SERVICE CENTER<br>PO BOX 6283<br>SIOUX FALLS, SD 57117-6283 | WESTERN BANK<br>PO BOX 430<br>MAYAGUEZ, PR 00681-0430 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | ALFREDO RODRIGUEZ DIAZ<br>PO BOX 41<br>RINCON, PR 00677-0041 | FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| JOSE L JIMENEZ QUINONES<br>JIMENEZ QUINONES LAW OFFICE, PSC<br>268 AVE. PONCE DE LEON<br>SUITE 1118<br>SAN JUAN, PR 00918-2007 | MIRIAM TIRADO SOTOMAYOR<br>PO BOX 41<br>RINCON, PR 00677-0041 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AT&T MOBILITY
PO BOX 15067
SAN JUAN, PR 00902-8567

End of Label Matrix
Mailable recipients    41
Bypassed recipients    1
Total    42