IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Alfredo Rodriguez Diaz          Case No.

D/B/A

## CAPITULO 13 - INFORME SOBRE OPERACION DE NEGOCIOS

Mes Septiembre     Año 2009

1. Ventas Brutas ............................................. $8250 -
2. Costo de bienes Vendidos
    2(a) Compras
    2(b) Mano de Obra (No incluya salarios)     —     $   —
         de empleados
3. Ganancias Brutas                                       —
4. Otros Ingresos                                         —
5. Ingreso Bruto ............................................ $8250 -
6. Propiedad alquilada para negocio (Renta)    —
7. Sueldos o salarios de empleados             —
8. Pago de beneficios a empleados              —
9. Pago de equipo arrendado                    —
10. Pago de deudas garantizadas                —
11. Materiales [No incluidos en 20(c)]        150 -
12. Utilidades (Agua, Luz)                    100 -
13. Teléfono                                   60 -
14. Reparaciones y Mantenimiento               —
15. Transportación                            250 -
16. Publicidad                                 —
17. Otros: _____             —
18. Pagos por Servicios Profesionales:        300 -
    Nombre: Jose M. Lopez  Propósito: Delineante
19. Seguros:
    19(a) Responsabilidad Pública              —
    19(b) Propiedad                            —
    19(c) Automóvil                            —
    19(d) Compensación accidentes en el trabajo —
    19(e) Otros                                —
20. Contribuciones:
    20(a) Nómina                               —
    20(b) Ventas                               —
    20(c) Otros: IRS                           —
21. Gastos Totales (Sumar líneas 6 a 20)            $ 860 -
22. Ganancia (Pérdida) Total                        $ 7390 -

YO/NOSOTROS declaramos, so pena perjurio, que la información aqui contenida es
verdadera y correcta según mi mejor conocimiento, información y creencia.

_____           15/03/10
Firma del/de los deudor/es         Fecha

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Alfredo Rodriguez Diaz

Case No.

D/B/A

## CAPITULO 13 - INFORME SOBRE OPERACION DE NEGOCIOS

Mes Octubre  Año 2009

1.  Ventas Brutas — $5850 -
2.  Costo de bienes Vendidos
    - 2(a) Compras
    - 2(b) Mano de Obra (No incluya salarios) de empleados — $ -
3.  Ganancias Brutas
4.  Otros Ingresos — -
5.  Ingreso Bruto — $5850 -
6.  Propiedad alquilada para negocio (Renta) — -
7.  Sueldos o salarios de empleados — -
8.  Pago de beneficios a empleados — -
9.  Pago de equipo arrendado — -
10. Pago de deudas garantizadas — -
11. Materiales [No incluidos en 20(c)] — 100 -
12. Utilidades (Agua, Luz) — 100 -
13. Teléfono — 60 -
14. Reparaciones y Mantenimiento — -
15. Transportación — 150 -
16. Publicidad — -
17. Otros: _____
18. Pagos por Servicios Profesionales: — -
    Nombre: _____ Propósito: _____
19. Seguros:
    - 19(a) Responsabilidad Pública — -
    - 19(b) Propiedad — -
    - 19(c) Automóvil — -
    - 19(d) Compensación accidentes en el trabajo — -
    - 19(e) Otros — -
20. Contribuciones:
    - 20(a) Nómina — -
    - 20(b) Ventas — -
    - 20(c) Otros: IRS — -
21. Gastos Totales (Sumar líneas 6 a 20) — $ 410 -
22. Ganancia (Pérdida) Total — $ 5440 -

YO/NOSOTROS declaramos, so pena perjurio, que la información aquí contenida es verdadera y correcta según mi mejor conocimiento, información y creencia.

_____    15/02/10
Firma del/de los deudor/es    Fecha

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Alfredo Rodriguez Diaz

D/B/A

Case No.

## CAPITULO 13 - INFORME SOBRE OPERACION DE NEGOCIOS

Mes **Diciembre** Año **2009**

| | | |
|---|---|---|
| 1. | Ventas Brutas | $ 11825 - |
| 2. | Costo de bienes Vendidos | |
| | 2(a) Compras | |
| | 2(b) Mano de Obra (No incluya salarios) de empleados | - $ - |
| 3. | Ganancias Brutas | |
| 4. | Otros Ingresos | |
| 5. | Ingreso Bruto | $ 11825 - |
| 6. | Propiedad alquilada para negocio (Renta) | - |
| 7. | Sueldos o salarios de empleados | - |
| 8. | Pago de beneficios a empleados | - |
| 9. | Pago de equipo arrendado | - |
| 10. | Pago de deudas garantizadas | - |
| 11. | Materiales [No incluidos en 20(c)] | 300 - |
| 12. | Utilidades (Agua, Luz) | 100 - |
| 13. | Teléfono | 60 - |
| 14. | Reparaciones y Mantenimiento | |
| 15. | Transportación | 350 - |
| 16. | Publicidad | - |
| 17. | Otros: | - |
| 18. | Pagos por Servicios Profesionales: | |
| | Nombre: Edgardo Cruz Propósito: Auxiliar Ingeniería | 400 |
| 19. | Seguros: | |
| | 19(a) Responsabilidad Pública | - |
| | 19(b) Propiedad | - |
| | 19(c) Automóvil | - |
| | 19(d) Compensación accidentes en el trabajo | - |
| | 19(e) Otros | - |
| 20. | Contribuciones: | |
| | 20(a) Nómina | - |
| | 20(b) Ventas | - |
| | 20(c) Otros: IRS | - |
| 21. | Gastos Totales (Sumar líneas 6 a 20) | $ 1210 - |
| 22. | Ganancia (Pérdida) Total | $ 10615 - |

YO/NOSOTROS declaramos, so pena perjurio, que la información aquí contenida es verdadera y correcta según mi mejor conocimiento, información y creencia.

Firma del/de los deudor/es       Fecha 15/03/10

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Alfred Rodriguez Diaz

Case No.

D/B/A

## CAPITULO 13 - INFORME SOBRE OPERACION DE NEGOCIOS

Mes Enero        Año 2010

1. Ventas Brutas  $5075 -
2. Costo de bienes Vendidos
   2(a) Compras
   2(b) Mano de Obra (No incluya salarios)    -    $  -
        de empleados
3. Ganancias Brutas    -
4. Otros Ingresos    -
5. Ingreso Bruto    $  -
6. Propiedad alquilada para negocio (Renta)    -
7. Sueldos o salarios de empleados    -
8. Pago de beneficios a empleados    -
9. Pago de equipo arrendado    -
10. Pago de deudas garantizadas    -
11. Materiales [No incluidos en 20(c)]    60 -
12. Utilidades (Agua, Luz)    50 -
13. Teléfono    60 -
14. Reparaciones y Mantenimiento    -
15. Transportación    100 -
16. Publicidad    -
17. Otros: _____    -
18. Pagos por Servicios Profesionales:
    Nombre: _____ Propósito: _____
19. Seguros:
    19(a) Responsabilidad Pública    -
    19(b) Propiedad    -
    19(c) Automóvil    -
    19(d) Compensación accidentes en el trabajo    -
    19(e) Otros    -
20. Contribuciones:
    20(a) Nómina    -
    20(b) Ventas    -
    20(c) Otros: IRS    -
21. Gastos Totales (Sumar líneas 6 a 20)    $ 270 -
22. Ganancia (Pérdida) Total    $ 4805 -

YO/NOSOTROS declaramos, so pena perjurio, que la información aquí contenida es
verdadera y correcta según mi mejor conocimiento, información y creencia.

Firma del/de los deudor/es         Fecha 15/03/10

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Alfredo Rodriguez Diaz  Case No.

D/B/A

## CAPITULO 13 - INFORME SOBRE OPERACION DE NEGOCIOS

Mes Febrero    Año 2010

1. Ventas Brutas — $8150 -
2. Costo de bienes Vendidos
   2(a) Compras — $ -
   2(b) Mano de Obra (No incluya salarios) de empleados — -
3. Ganancias Brutas — -
4. Otros Ingresos —
5. Ingreso Bruto — $8150 -
6. Propiedad alquilada para negocio (Renta) — -
7. Sueldos o salarios de empleados — -
8. Pago de beneficios a empleados — -
9. Pago de equipo arrendado — -
10. Pago de deudas garantizadas — -
11. Materiales [No incluidos en 20(c)] — 150 -
12. Utilidades (Agua, Luz) — 100 -
13. Teléfono — 60 -
14. Reparaciones y Mantenimiento — -
15. Transportación — 200 -
16. Publicidad — -
17. Otros: ___ — 250 -
18. Pagos por Servicios Profesionales:
    Nombre: Maximino Ruiz  Propósito: Ayudante Agrimensura
19. Seguros:
    19(a) Responsabilidad Pública — -
    19(b) Propiedad — -
    19(c) Automóvil — -
    19(d) Compensación accidentes en el trabajo — -
    19(e) Otros — -
20. Contribuciones:
    20(a) Nómina — -
    20(b) Ventas — -
    20(c) Otros: IRS — -
21. Gastos Totales (Sumar líneas 6 a 20) — $ 760 -
22. Ganancia (Pérdida) Total — $ 7390 -

YO/NOSOTROS declaramos, so pena perjurio, que la información aquí contenida es verdadera y correcta según mi mejor conocimiento, información y creencia.

_____    15/03/10
Firma del/de los deudor/es    Fecha

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Alfredo Rodriguez Diaz

D/B/A

Case No.

### CAPITULO 13 - INFORME SOBRE OPERACION DE NEGOCIOS

Mes  Marzo    Año 2010

| | | |
|---|---|---|
| 1. | Ventas Brutas | $ 9930 - |
| 2. | Costo de bienes Vendidos | |
| | 2(a) Compras | - |
| | 2(b) Mano de Obra (No incluye salarios) de empleados | $ - |
| 3. | Ganancias Brutas | - |
| 4. | Otros Ingresos | |
| 5. | Ingreso Bruto | $ 9930 - |
| 6. | Propiedad alquilada para negocio (Renta) | - |
| 7. | Sueldos o salarios de empleados | - |
| 8. | Pago de beneficios a empleados | - |
| 9. | Pago de equipo arrendado | - |
| 10. | Pago de deudas garantizadas | - |
| 11. | Materiales (No Incluidos en 2(c)) | 150 - |
| 12. | Utilidades (Agua, Luz) | 100 - |
| 13. | Teléfono | 60 - |
| 14. | Reparaciones y Mantenimiento | - |
| 15. | Transportación | 300 - |
| 16. | Publicidad | - |
| 17. | Otros: | - |
| 18. | Pagos por Servicios Profesionales: Nombre: Jose M. Lopez  Propósito: Relirmante | 200 |
| 19. | Seguros: | |
| | 19(a) Responsabilidad Pública | - |
| | 19(b) Propiedad | - |
| | 19(c) Automóvil | - |
| | 19(d) Compensación accidentes en el trabajo | - |
| | 19(e) Otros | - |
| 20. | Contribuciones: | |
| | 20(a) Nómina | |
| | 20(b) Ventas | |
| | 20(c) Otros: IRS | - |
| 21. | Gastos Totales (Sumar líneas 6 a 20) | $ 810 - |
| 22. | Ganancia (Pérdida) Total | $ 9120 - |

YO/NOSOTROS declaramos, so pena perjurio, que la información aquí contenida es verdadera y correcta según mi mejor conocimiento, información y creencia.

_____    01/04/10
Firma del/de los deudor/es    Fecha